UNITED STATES BANKRUPTCY COURT
EASTERN DSITRICT OF NEW YORK
-------------------------------------------------------X
In re:

Michael Thomas Dolan Sr.,

                Debtor.
-------------------------------------------------------X

Case Number: 23-72809-las

Chapter 13

# NOTICE OF MOTION FOR ORDER
# AUTHORIZING THE WITHDRAWAL AND SUBSTITUTION
# OF PHILLIPS, ARTURA & COX AS COUNSEL TO THE DEBTOR

    PLEASE TAKE NOTICE that upon the annexed affirmation of RICHARD F. ARTURA a motion pursuant will be made as set forth below:

| | |
|---|---|
| JUDGE: | Hon. Louis A Scarcella |
| RETURN DATE AND TIME: | January 9, 2024 at 10:00 am |
| PLACE: | U.S. Bankruptcy Court<br>290 Federal Plaza, Room 970<br>Central Islip, NY 11722 |
| RELIEF REQUESTED: | An Order To approve the withdrawal of Phillips, Artura & Cox as Counsel to the debtor, Michael Thomas Dolan Sr and the substitution of Michael Thomas Dolan Sr , *pro se* and for such other relief as this Court deems just proper |

Dated: December 4, 2023
       Lindenhurst, New York

                                         S/RICHARD F. ARTURA, ESQ.
                                         RICHARD F. ARTURA, ESQ.
                                         Phillips, Artura & Cox
                                         Attorneys for Debtor(s)
                                         165 South Wellwood Avenue
                                         Lindenhurst, NY 11757
                                         (631) 226-2100

```
UNITED STATES BANKRUPTCY COURT
EASTERN DSITRICT OF NEW YORK
-------------------------------------------------------X
In re:
                                                          Case Number: 23-72809-las
Michael Thomas Dolan Sr.,
                                                          Chapter 13
                          Debtor.
-------------------------------------------------------X
```

## AFFIRMATION

Richard F. Artura, Esq. bankruptcy counsel to the debtor, Michael Thomas Dolan Sr., respectfully, represents as follows:

1. On August 1, 2023, the debtor filed a *pro se* "skeleton" petition for relief pursuant to chapter 13 of title11 of the United States Code. This was his fourth filing.

2. Michael J. Macco was appointed as the Chapter 13 Trustee in this case.

3. The undersigned filed a Notice of Appearance on August 17, 2023 and soon after filed schedules and a Chapter 13 "Modification" plan and made application to the lender for a modification of debtors mortgage.

4. After hearing, the court overruled debtor's objections and granted lenders *in rem* stay relief motion on October 19, 2023

5. On October 20, 2023 the debtor in a *pro se* capacity filed a "Motion to Dismiss Case' wherein he stated, "I've officially released my attorney Richard Artura on 10/18/23 who no longer represents me in any capacity."

6. The Court dismissed the case upon the trustee's motion on October 26, 2023 and barred the debtor from refiling until April 23, 2024.

7. On November 7, 2023 the debtor again in a *pro se* capacity filed a Notice of Appeal and a Motion to Stay Order Pending.

8. By this Application, we move for an order pursuant to Rule 2090-1(e) of the Local Rules for the Eastern District of New York for authority to withdraw as bankruptcy counsel in this case. Local Rule 2090-1(d) provides that "[a]n attorney who has appeared as attorney of record may withdraw or be replaced only by order of the Court for cause shown." Your applicant believes there is ample cause for the relief requested as the Debtor has stated on the record of his release of my firm and is actively acting as a *pro se* litigant.

9. Cause for withdrawal has been found where, as here, the attorney-client relationship has become unproductive. *Kolomick v. Kolomick*, 133 A.D.2d 69(2d Dept. 1987).

10. It is requested that the Court waive and dispense with the requirement set forth in Rule 9013-1(b) of the local Bankruptcy Rules that any motion filed shall have an accompanying memorandum, as this does not raise any novel issue of law. Accordingly, it is submitted that a waiver of Local Rule 9013-1(b) requirement is appropriate under the circumstances.

11. Applicant has given notice of this Motion to (*i*) the Debtor (*ii*) the Chapter 13 Trustee; (*iii*) the United States Trustee and (*iv*) 21st Mortgage Corporation.

12. It is submitted that no other or further notice of the relief requested is necessary or required.

WHEREFORE, Applicant respectfully requests entry of the proposed Order annexed hereto, authorizing Applicant to withdraw as counsel to the Chapter 13 Debtor and for such other and further relief as the Court deems just and proper.

Dated: December 4, 2023
      Lindenhurst, New York

                                      PHILLIPS, ARTURA & COX

                    By:    S/Richard F. Artura, Esq.
                               Richard F. Artura, Esq.
                               165 South Wellwood Avenue
                               Lindenhurst, NY 11757
                               (631) 226-2100

TO:
    Michael Thomas Dolan Sr.
    21 Kent Place
    Smithtown, NY 11787-2110

    Michael J. Macco, Trustee
    2950 Express Drive South
    Suite 109
    Islandia, NY 11749

    Office of the United States Trustee
    Long Island Federal Courthouse
    560 Federal Plaza, Room 560
    Central Islip, NY 11722-4437

    Attention: Karren Sheehan, Esq.
    Frenkel Lambert Weiss Weisman & Gordon LLP
    53 Gibson Street
    Bay Shore, NY 11706-8369