UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

MICHAEL T. DOLAN.Sr,                                                                     JUDGMENT

                Appellant,
  v.
                                                                       23-cv-08327(PKC)

21st MORTGAGE CORPORATION, as mortgage                        USBC EDNY
Servicer to Wilmington Savings Fund Society,                         Dkt#8-23-72809
FSB, a Federal Bank Savings Bank d/b/a/ Christiana
Trust, a Division of Wilmington Savings Fund Society,
FSB, solely in its capacity as Trustee for and on behalf
of Knoxville 2012 Trust,

                Defendants.
----------------------------------------------------------------X

        An Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on December 15, 2023, dismissing this frivolous appeal; and denying the motions by 21st Mortgage as moot; it is

        ORDERED and ADJUDGED that this frivolous appeal is dismissed; and that the motions by 21st Mortgage are denied as moot.

| | |
|---|---|
| Dated: Brooklyn, New York<br>December 18, 2023 | Brenna B. Mahoney<br>Clerk of Court |
| | By:   /s/Jalitza Poveda<br>       Deputy Clerk |